# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALLAN D. BYRD**  **PETITIONER**
**ADC #552622**

**v.**  **Case No. 4:22-cv-00669-KGB**

**ARKANSAS DEPARTMENT OF CORRECTIONS**  **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Petitioner Allan D. Byrd has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Byrd's petition for a writ of Habeas Corpus.

It is so ordered this the 9th day of July, 2024.

Kristine G. Baker
Chief United States District Judge