# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALLAN D. BYRD**  **PETITIONER**
**ADC #552622**

**v.**   **Case No. 4:22-cv-00669-KGB**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS**   **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Allan D. Byrd's claims are dismissed without prejudice.

It is so adjudged this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge